No. 86–1009. COFFELT ET AL. *v.* ARKANSAS STATE HIGHWAY COMMISSION. Sup. Ct. Ark. Certiorari denied.

No. 86–1010. HOLYFIELD ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–1011. MCGOVREN *v.* SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 86–1017. DEJESUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–1018. ROSENTHAL *v.* HAFIF ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 86–1027. SUN-LAND NURSERIES, INC. *v.* SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1028. ROYAL NETHERLANDS STEAMSHIP CO. *v.* QUINTO DE GARCIA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 86–1035. MAYES, T/A JACKSON ESTATES *v.* JACKSON TOWNSHIP RENT LEVELING BOARD ET AL. Sup. Ct. N. J. Certiorari denied.

No. 86–1037. IERVOLINO *v.* DELTA AIR LINES, INC. C. A. 11th Cir. Certiorari denied.

No. 86–1041. RIGGIN *v.* RIGGIN. Ct. App. Kan. Certiorari denied.

No. 86–1047. UNIT RIG & EQUIPMENT CO. *v.* SHELDON. C. A. 10th Cir. Certiorari denied.

No. 86–1056. CAMOSCIO *v.* HEWETT. App. Ct. Mass. Certiorari denied.

No. 86–1058. BELL *v.* BELL. C. A. 5th Cir. Certiorari denied.